# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRAVIS CANADY, | |
| Plaintiff, | CIVIL ACTION FILE |
| | NO.: 1:11-cv-03672-WSD-RGV |
| v. | |
| PALISADES COLLECTIONS, L.L.C.; and DOES 1-10, inclusive | |
| Defendants. | |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Travis Canady and Defendant, Palisades Collection, L.L.C., by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Canady dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs.

## CERTIFICATE OF FONT TYPE AND SIZE

Undersigned counsel hereby certifies that the foregoing has been prepared with Times New Roman 14-point Font, as approved in LR5.1C.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 28th day of December, 2011.

| **LEMBERG & ASSOCIATES L.L.C.** | **TAYLOR ENGLISH DUMA, LLP** |
|---|---|
| /s/ Cara Hergenroether, Esq. | /s/ Matthew R. Rosenkoff |
| Cara Hergenroether, Esq. | Matthew R. Rosenkoff, Esq. |
| Attorney Bar No.: 570753 | Georgia Bar No. 842117 |
| *Attorney for Plaintiff Travis Canady* | *Attorney for Defendant Palisades Collection, LLC* |
| 1400 Veterans Memorial Highway Suite 134, #150 Mableton, GA 30126 Telephone: (855) 301-2100 ext. 5516 Facsimile: (888) 953-6237 Email: chergenroether@lemberglaw.com | 1600 Parkwood Circle – Suite 400 Atlanta, Georgia 30339 (770) 434-6868 (770) 434-7376 (Facsimile) mrosenkoff@taylorenglish.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2011, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Matthew R. Rosenkoff
>TAYLOR ENGLISH DUMA, LLP
>1600 Parkwood Circle – Suite 400
>Atlanta, Georgia 30339
>mrosenkoff@taylorenglish.com
>*Attorney for Defendant Palisades Collection, LLC*

s/<u>Cara Hergenroether</u>
Georgia Bar No. 570753
Attorney for Plaintiff

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424